Mr. Wallace Batiste
Appellate Plaintiff

Nov. 24, 2023

FILED

1 Moreland Dr.
San Bruno, ca. 94066

DEC 01 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Case No. 3-23-CV-00383-PCP

Federal confidential classified only for
U.S. Northern District court system.

Here's several more exhibits proof of
document, that I still been torture &
poison.
By the administrated Justice department.
Just recently had occurred against me.

Also I'm seen another notification
sense July 24 (ADR) responsed

under the federal district manual Rule

4(a) 7(a) cap guide line procedure.

For the second time I am asking
for some type of message about my
claim please.

material papers for case 3-23-CV-00383-PCP
properly submitted Mr. Wallace Batiste.

State of California                                                      Department of Health Care Services
Health and Human Services Agency

| NOTICE OF CERTIFICATION FOR INTENSIVE TREATMENT PURSUANT TO SECTION 5250 (14 DAYS INTENSIVE TREATMENT) OR 5270.15 (ADDITIONAL 30 DAYS INTENSIVE TREATMENT) OF THE WELFARE AND INSTITUTIONS CODE | CONFIDENTIAL PATIENT INFORMATION<br><br>■ 14 day hold<br>☐ 30 day hold |
|---|---|

The authorized agency providing 14-day intensive treatment, County of <u>San Francisco</u> has custody of:

Name <u>Wallace BATISTE</u>

Address <u>unknown in San Francisco</u>

Marital Status <u>unknown</u>     | Date of Birth <u>09/20/64</u>     | Sex <u>M</u>

We, the undersigned, allege that the above-named person is, as a result of a mental disorder or impairment by chronic alcoholism (mark all that apply):

■ A danger to others   ☐ A danger to himself or herself   ■ Gravely disabled as defined in subdivision (h) of Section 5008 of the Welfare and Institutions Code

The specific facts which form the basis for our opinion that the above-named person meets one or more of the classifications indicated above are as follows:

<u>The patient has reportedly been threatening and irritable and easily agitated in CJ</u>
<u>Reportedly threatened to "kill" the mD in CJ on 10/26/2023 while banging on door hard.</u>

The above-named person has been informed of this evaluation, and has been advised of the need for, but has not been able or willing to accept treatment on a voluntary basis, or to accept referral to, the following services:

<u>The patient has consistently been declining treatment including medications in CJ and 7L</u>

We, therefore, certify the above-named person to receive intensive treatment related to the mental disorder or impairment by chronic alcoholism beginning this <u>27</u> day of <u>OCTOBER</u>, 20<u>23</u>, in the intensive treatment facility herein named: <u>ZSFG 7L</u>

Signature: _____  Date: <u>10/27/2023</u>

Signature: _____  Date: <u>10/27/2023</u>

I hereby state that I delivered a copy of this notice this day to the above-named person and that I informed him or her that unless judicial review is requested a certification review hearing will be held within four days of the date on which the person is certified for a period of intensive treatment and that an attorney or advocate will visit him or her to provide assistance in preparing for the hearing or to answer questions regarding his or her commitment or to provide other assistance. The court has been notified of this certification on this day.

Signature: _____  Date: <u>10/27/2023</u>

Original: Superior Court        Copies: Person Certified – Personally delivered
                                        Person's Attorney
                                        Public Defender
                                        District Attorney
                                        Intensive Treatment Facility

DHCS 1808 (Revised 12/2019)

*Exhibit A-1   1 of 2*

| Hospital: Zuckerberg San Francisco General | COURT USE ONLY |
|---|---|
| Address: 1001PotreroAvenue , Ward/Floor: _____ | |
| City: SanFrancisco   State: **CA**   ZIP: 94110 | |
| Telephone no.: 628-206-5158 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
CIVIC CENTER COURTHOUSE
MENTAL HEALTH DIVISION
400 McAllister Street
San Francisco, CA 94102

## ORDER AFTER HEARING ON CAPACITY TO GIVE CONSENT TO MEDICATION
*(Welf. & Inst. Code §5332)*

| In the matter of:<br><br>Wallace BATISTE<br><br>PATIENT | COURT NUMBER: |
|---|---|

On *(date)* 10/23/2023, the Petition of *(treating physician's name)* _____ Emily Lee

to administer anti-psychotic medication to treat the above-named patient's mental health disorder came on for

hearing held at *(facility)* Zuckerberg San Francisco General .

Attorney, *(attorney name)* _____ , represented above-named patient.

Based upon evidence and testimony presented and good cause appearing therefore, the Court finds the above-named patient ☐ **has** or ☒ **does not have** the capacity to give informed consent to anti-psychotic medication used to treat the patient's mental health disorder. The Court has considered whether the patient is aware of the nature of his or her mental disorder, whether the patient is able to understand the benefits and risks of, as well as the alternatives to the proposed intervention, and whether the patient is able to understand and to knowingly and intelligently evaluate the information required to be given patients whose informed consent is sought and otherwise participate in the treatment decision by means of rational thought processes. THE COURT FURTHER FINDS: _See Declaration A_

_____

_____

THEREFORE, THE COURT hereby ☒ **does** or ☐ **does not** authorize the administration of anti-psychotic medication to treat the patient's mental health disorder. **SO ORDERED.**

10/27/2023
DATE

PRO TEM JUDGE/COMMISSIONER

| RIGHT TO REOPEN DATE: | RECONSIDERATION AFFIRMED ON: | COURT USE ONLY:<br>HEARING CONDUCTED BY: | SIGNATURE: | TITLE: | DATE: |
|---|---|---|---|---|---|
| | | | | | |

ORDER AFTER HEARING ON CAPACITY TO GIVE CONSENT TO MEDICATION

Confidential Patient Information
See Welfare & Institutions Code
Section 5328 and Penal Code 11142
SFMHD RIESE ORDER (Rev. 12/14)

Mail Original: SF Superior Court Mental Health Division
Mail Copies:  1) Person Certified *(Personally deliver)*   2) Person's Attorney/Public Defender
3) District Attorney's Office   4) Intensive Treatment

HIPAA Privacy Rule 45 C.F.R. § 164.508

**SUBMIT 4 COPIES WITH ORIGINAL (5 COPIES TOTAL)**
**Must Be TYPED and Filled Out Completely**

COURT NO: _____

## JUSTIFICATION AND RECOMMENDATION FOR CONSERVATORSHIP

TO:          Department of Disability and Aging Services
             Office of the Public Conservator
             1650 Mission St., 5th Floor
             San Francisco, California 94103          Telephone: 355-3680          Fax: 355-3683

FROM: **Nathaniel Morris, MD**
_____
(Name and title of professional person in charge of an agency providing comprehensive evaluation or a facility providing intensive treatment).

I am the [✔] treating [ ] evaluating physician of **Wallace Batiste**
_____
                                          PROPOSED CONSERVATEE'S NAME

(hereinafter referred to as "**PROPOSED CONSERVATEE**"), who is a resident of San Francisco and who was admitted to

**SF County Jail** on **6/14/21** as a [ ] voluntary [✔] involuntary patient.
_____        _____
HOSPITAL NAME, ADDRESS, & WARD/UNIT

The PROPOSED CONSERVATEE previously lived at  Homeless / Shelter in Place Hotel Site 49 (Chancellor Hotel), 433 Powell St, SF, CA
                                              _____
                                                        ADDRESS PRIOR TO ADMISSION

**(If no San Francisco residence address is provided, state on an attached sheet the facts upon which the allegation of such residence is based)**

I have determined that PROPOSED CONSERVATEE is unable to provide for their basic personal needs for food, clothing, OR shelter and is gravely disabled: **(Please check one box in each section):**

SELECT ONE:

[✔] As a result of a mental disorder

[ ] As a result of impairment by chronic alcoholism

SELECT ONE:

[✔] PROPOSED CONSERVATEE is **unwilling** to accept treatment voluntarily

[ ] PROPOSED CONSERVATEE is **incapable** of accepting treatment voluntarily

**Penal Code patients only:** Or is gravely disabled under W&I Code Section 5008 (h)(1)(b), the Murphy Amendment to the LPS Act. In addition to filling out this form, please complete the Murphy Affidavit form, which we will provide on request if you do not have it, which indicates that the PROPOSED CONSERVATEE presents substantial danger of physical harm to others.

MHS JRC Rev.05/2021

**SUBMIT 4 COPIES WITH ORIGINAL**

State the factual basis of your belief that the PROPOSED CONSERVATEE is presently unwilling to accept or incapable of accepting treatment voluntarily.

Mr. Batiste has declined to even meet with mental health staff in the San Francisco county jail on numerous occasions, including recently 10/26/23 (threatened to kill jail psychiatrist for approaching him), 10/25/23, 9/26/23, 7/11/23, and 4/20/23, among other incidents. Mr. Batiste has repeatedly stated he does not want to speak with mental health staff, he does not have mental health issues, or he does not need mental health services, including medications.

As of 10/31/23, he was hospitalized at SFGH 7L with 5250 and Riese (involuntary medication order) upheld due to dangerousness to others and refusing psychiatric care.

Please see attached Murphy affidavit for further details regarding his psychiatric history and unwillingness to accept treatment voluntarily.

The reasons for my finding of grave disability are as follows: (Include below and if necessary, on attached sheet(s), diagnosis and behavioral manifestations thereof as they presently and specifically relate to the inability of the PROPOSED CONSERVATEE to provide for their basic personal needs for food, clothing, **OR** shelter). Avoid using labels and please be specific.

**LATEST DSM V DIAGNOSIS / CODE / DESCRIPTION**

Unspecified Mood Disorder (F39)

**NOTE:** Dangerousness, either to self or others, is not grounds for Conservatorship unless this request is for Code 5008 (h)(1)(b).

Due to a mental disorder, the PROPOSED CONSERVATEE's inability to provide for **food** is demonstrated by the following behaviors:

Murphy Conservatorship

Due to a mental disorder, the PROPOSED CONSERVATEE's inability to provide for **clothing** is demonstrated by the following behaviors:

Murphy Conservatorship

Due to a mental disorder, the PROPOSED CONSERVATEE's inability to provide for **shelter** is demonstrated by the following behaviors:

Murphy Conservatorship

MHS JRC Rev.05/2021

*EXHIBIT C*                    *1 of 3—4*

HD:        (Conservator:                    )

| AFFIDAVIT "B" TREATMENT RELATED TO GRAVE DISABILITY | COURT NUMBER: PMH- |
|---|---|

| FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|
| Wallace | | Batiste |

The Conservatee *(check one)*:

☐ has capacity to give informed consent to treatment related to he/she/they being gravely disabled, **so I am not requesting an Affidavit B** *(sign this form, but do not complete items 1-7)*.

☑ does not have capacity to give informed consent to treatment related to he/she/they being gravely disabled, **so I am requesting an Affidavit B** *(complete items 1-7, and sign)*.

1. This patient is presently showing symptoms of a mental health disorder known as:

- Unspecified Mood Disorder
- History of Stimulant Use Disorder

   These symptoms are:

- Mood swings
- Pressured, rapid, or yelling speech
- Poor insight into mental health needs
- Poor impulse control
- Aggression and threatening behavior
- Concern for psychotic symptoms at times (e.g., paranoia, disorganized speech, delusional beliefs)

2. In my professional judgment the patient would benefit from the administration of the following medication prescribed to treat his/her/their mental health disorder:

- Antipsychotic medication (e.g., haloperidol, risperidone, aripiprazole, clozapine, or equivalent, including possibility of long-acting injectable medication)
- Mood stabilizing medication (e.g., lithium, divalproex, or equivalent) if needed
- Anticholinergic medication (e.g., benztropine, diphenhydramine, or equivalent to manage potential side effects) if needed
- Anxiolytic medication (e.g., lorazepam or equivalent) if needed

3. I declare further that I have explained or attempted to explain to the patient the risks, benefits, possible side effects and treatment alternatives as described in Welf. & Inst. Code §5213(b) and to obtain the patient's consent to receive medication: *(Insert dates and description of each explanation or attempted explanation and the dates these were charted)*

10/25/23:
"I attempted on multiple occasions to meet with Mr. Batiste today, who declined on each occasion...He looked at me, then went to his bed, and began watching entertainment on his tablet, ignoring me"

10/26/23:
"As soon as I approached his cell, he violently kicked the glass and began screaming at me; "Leave me the fuck alone! Get the fuck away from my door!"...I tried to engage with him in various ways, including to discuss these recent court updates, to which he threatened, "I'm gonna call my people on you" and "I'll kill you!" He began punching the glass repeatedly and screaming at the deputy to get me away from him. He continued screaming obscenities at me ("You fucking faggot! You fucking homosexual!") and hitting the glass until I determined my presence was no longer productive."

## MURPHY AFFIDAVIT
### ADDENDUM TO PHYSICIAN'S DECLARATION

Since returning to the San Francisco jails, he has repeatedly stated he does not need or want psychiatric services, including medications. For example, despite returning to the San Francisco jails from DSH-Napa on a mood stabilizer and antipsychotic in July 2022, he was refusing all of these medications by the end of August 2022. He has been refusing all psychiatric medications in the jails since that time and often refuses anti-seizure medication as well. He has been approached by numerous different health staff but typically angrily dismisses them (e.g., 3/15/23 to Dr. Tyler Mains: "get the fuck away from my door"; 4/20/23 to Dr. Mark Leary: "get the f--- away from me").

Court records from October 2023 indicate Mr. Batiste was found incompetent to stand trial again but the California Department of State Hospitals notified the San Francisco jails that his PC 1370 commitment time has expired.

On 10/26/23, I approached Mr. Batiste again to try to engage with him regarding his mental health needs, including exploring conservatorship considerations with him. When I approached his cell, he violently kicked the glass and began screaming at me ("Leave me the fuck alone! Get the fuck way from my door!"). He then threatened, "I'm gonna call my people on you" and "I'll kill you!" He began punching the glass and screaming obscenities until I left to coordinate higher level of care. He was subsequently placed on 5150 for danger to others and transferred to SFGH 7L for inpatient psychiatric hospitalization. At SFGH, a 5250 for dangerousness to others with an involuntary medication order (Riese) was upheld in a civil commitment hearing on 10/27/23.

According to court records, Mr. Batiste has been convicted of several felonies, including robbery (1989), receiving stolen property (1992), rape (1996), grand theft (2006), and assault with a deadly weapon (2013).

Due to his recurrent serious violent behaviors (alleged and convicted), mood swings, aggression toward those around him, psychotic-like symptoms at times, poor impulse control, poor insight into his mental health needs, and refusals to participate in treatment, Mr. Batiste represents a substantial danger of physical harm to others by reason of a mental disease, defect, or disorder.

I declare under penalty of perjury and to the best of my knowledge that the foregoing is true and correct.

_____     Nathaniel Morris, MD
Signature                             Jail Behavioral Health Services

___10/31/23_____
Date

2

## MURPHY AFFIDAVIT
### ADDENDUM TO PHYSICIAN'S DECLARATION

I am a licensed physician for: _____Wallace Batiste_____ and declare:

It is my professional opinion that Wallace Batiste (also known as Wallace Jackson) meets the criteria for a Murphy Conservatorship. This patient's current indictment meets criteria for a Murphy Conservatorship, and he would be at heightened risk for dangerous behavior if he were discharged to the community.

According to medical records, Mr. Batiste has a significant history of mental illness, including an Unspecified Mood Disorder with mood swings, pressured speech, poor impulse control, poor insight into his mental health needs, and threatening behavior. At times, Mr. Batiste has also presented with psychotic symptoms, including paranoia, disorganized speech, and other delusional beliefs (e.g., stating he is a King). He has also been diagnosed with stimulant use disorder and concern for a seizure disorder, among other health concerns. His medical records document several psychiatric hospitalizations, including Department of State Hospitals-Napa in 2012, 2016, and 2022 related to incompetency to stand trial.

According to police records from 6/21/15, Mr. Batiste allegedly approached a victim on a sidewalk, demanded the victim's laptop or he would shoot him, and then ordered the victim on the ground, after which Mr. Batiste allegedly kicked the victim in the back and head before fleeing with the laptop. Police records indicate Mr. Batiste then allegedly stole a storage box from a farmer's market vendor and hit the vendor in the face before being apprehended and arrested. Court records indicate Mr. Batiste was charged with several offenses including two counts of felony second degree robbery.

According to court records and collateral information from Mr. Batiste's attorney James Senal, Mr. Batiste was convicted of these robbery charges and sentenced to more than 60 years in prison, but this conviction was later overturned on appeal. According to medical and jail records, he was released to the community, where he was living at a shelter-in-place hotel, before returning to the San Francisco county jails on 6/14/21 and again facing felony second degree robbery charges.

In the San Francisco jails, he has demonstrated a pattern of aggressive and threatening behaviors linked with mental health concerns. For example, he has repeatedly declined mental health services in an aggressive manner, often yelling at or threatening health staff who approach him. On 2/9/22, he told a jail mental health staff member, "I told you last time that I don't want to see you! AND IF I SEE YOU IN THE STREETS, IT'S GOING TO BE ON!" On 4/26/22, when I approached him for a jail psychiatry visit, he raised his voice, cursing at me, and kicked at basketball at me.

He was found incompetent to stand trial and sent to DSH-Napa from 5/26/22-7/28/22, where he was described as "belligerent," "agitated," and "rambling" with "poor insight" and "paranoia." He was treated with mood stabilizers and antipsychotics, among other interventions, before being found competent to stand trial and discharged back to the San Francisco jails.

1

**SUBMIT 4 COPIES WITH ORIGINAL**

CONSERVATORSHIP PERSONAL DATA SHEET

| APPLICATION TYPE | | | | |
|---|---|---|---|---|
| ☐ **5300** (180 days) | **5350** – T-CON | ☐ **5350** Permanent | ☐ **5350** Murphy | ☐ **6500** |

| Last Name | First Name | Middle Name |
|---|---|---|
| Batiste | Wallace | |

| DOB | Marital Status | Gender at Birth | Current Gender | Sexual Orientation | Ethnicity | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| 9/20/64 | Single | male | male | Straight | Black | 5'11" | 158 lb | brn | brn |

| SS# | Medi-Cal#: | DL/ID # (if available) |
|---|---|---|
| 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 | 94821455C | |

| Home Address | City/State/Zip | Tel. No. |
|---|---|---|
| Homeless | SF, CA | |

| Present Location / Hospital Name | Unit / Floor # | City/State/Zip | Tel. No. |
|---|---|---|---|
| SFCJ 7L 25FG | 7L | SF | |

| Treating Physician | Tel. No. | Fax. No. |
|---|---|---|
| Nathaniel naris | 415 5754328 | 415 7343216 |

| Social Worker | Tel. No. | Fax. No. |
|---|---|---|
| Carol Urban | 415 734 3211 | 415 7343216 |

| HOSPITALIZATION INFORMATION | | | |
|---|---|---|---|
| Date of Admission | Date of 72-Hour Hold | Date of 14-Day Hold: | Other Holds: |
| 10/26/23 | | | |

| CAPACITY HEARING (RIESE) INFORMATION<br>**ATTACH COPY OF RIESE** | | |
|---|---|---|
| RIESE File Date: _____ | ☐ GRANTED | ☐ NOT GRANTED |

| Criminal # (if available) | List of Assets | Sources & Amt. of Income |
|---|---|---|
| 394672 | NONE | NONE |

| Payee Representative | Probate Conservator | Case Manager |
|---|---|---|
| NONE | NONE | Carol Urban |
| Tel. No. | Tel. No. | Tel. No. |
| | | 415 7343211 |

| Friends, Attorney, or Other | | | |
|---|---|---|---|
| Name | Tel. No | Name | Tel. No. |
| Cheryl Randolph / Sister | 510 303-2311 | Jim Senal, Atty | 415 995 4642 |

*Exhibit—C*                    */ of 7-8*

**SUBMIT 4 COPIES WITH ORIGINAL**

At this time, the PROPOSED CONSERVATEE is hospitalized in a ☑locked ☐unlocked setting. I am recommending:
locked psychiatric facility
_____ as the type of placement appropriate

for the PROPOSED CONSERVATEE. It is anticipated that the PROPOSED CONSERVATEE will be discharged from on or about N/A (SF county jail)_____ .

The recommended placement is based on PROPOSED CONSERVATEE's condition and may change as conditions warrant.

If recommending further hospitalization in a locked psychiatric facility, state below reasons why the PROPOSED CONSERVATEE cannot be treated in a less restrictive setting.

- Mr. Batiste has stated he does not have mental health issues and has never needed medications
- Mr. Batiste's poor insight, poor impulse control, and refusals to participate in treatment discussions impede his ability to understand the risks and benefits of psychiatric care, including medications
- Mr. Batiste would not participate in recommended psychiatric care to treat his psychiatric symptoms that is causing his grave disability if he were to be in an unlocked setting where he could walk away or decide to decline care at any time

**NOTE:** Authorization for placement must be obtained from the Public Conservator, 1650 Mission St. 5th Floor, San Francisco, California, 94103 (415) 355-3680 and notice thereof given to the Public Defender's Office, Mental Health Unit, 850 Bryant Street, Room 205, San Francisco, California, 94103.

The relatives of the PROPOSED CONSERVATEE within the Second Degree including spouse, mother, father, brothers, sisters and adult children, their addresses, telephone numbers and relationships are:

Sister Cheryl Randolph (510-303-2311) listed in medical records

**I declare under penalty of perjury that the foregoing is true and correct**

DATED: 10/31/23 _____

_____
Signature

NATHANIEL MARKES, MD
Type or Print name

415-575-4328
Telephone Number

415-734-3216
Fax Number

MHS JRC Rev.05/2021

**SUBMIT 4 COPIES WITH ORIGINAL**

Suggested individualized treatment plan, objectives and methods to alleviate the above behaviors: (Attach sheet if needed.)

- Referral for psychiatric care in a locked psychiatric facility with plan to step down when clinically indicated to less restrictive care (e.g., residential care)
- Referral for intensive case management (e.g., Citywide Case Management or equivalent)
- Affidavit B to authorize involuntary psychiatric medication, including long-acting injectable antipsychotic medication if needed

Current Medications

- Haloperidol 10mg by mouth every evening (under 5250/Riese order in SFGH)
- Diphenhydramine 25mg by mouth twice daily (under 5250/Riese order in SFGH)

In my medical opinion, the PROPOSED CONSERVATEE ☐ **is** ☐ **is not** capable of giving or withholding informed consent to routine medical procedures or treatments. If the PROPOSED CONSERVATEE is unable to give such consent, the reasons are as follows:

Based on the available information, it is my opinion Mr. Batiste's refusals to participate in treatment discussions and history of lacking insight into his treatment needs would likely prevent him from engaging in a rational discussion of treatment options for routine medical procedures or treatments at this time.

Of note, an individual's capacities for medical decision-making can fluctuate over time, and medical and surgical care can entail a wide range of decisions; as a result, treating health professionals should continue to evaluate Mr. Batiste's decision-making capacities over time and to consider his ability to consent to or refuse to potential care depending on the urgency, risks, and benefits of specific treatment decisions.

MHS JRC Rev.05/2021

*Exhibit—d*                    *1 —of — 9 —①*

## DECLARATION

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON *(date)* 10/31/23 _____ AT *(city)* San Francisco, CA _____,
CALIFORNIA.

## Nathaniel Morris, MD
_____
Print Name *(Physician)*

_____
Physician's Signature *(Electronic Signature Accepted)*

4. The patient's response to these efforts was the following: *(Verbatim, if possible)*

10/25/23:
"I attempted on multiple occasions to meet with Mr. Batiste today, who declined on each occasion...He looked at me, then went to his bed, and began watching entertainment on his tablet, ignoring me"

10/26/23:
"As soon as I approached his cell, he violently kicked the glass and began screaming at me; "Leave me the fuck alone! Get the fuck away from my door!"...I tried to engage with him in various ways, including to discuss these recent court updates, to which he threatened, "I'm gonna call my people on you" and "I'll kill you!" He began punching the glass repeatedly and screaming at the deputy to get me away from him. He continued screaming obscenities at me ("You fucking faggot! You fucking homosexual!") and hitting the glass until I determined my presence was no longer productive."

5. Explain the ways in which the patient is, or is not, compliant with the recommended medication prescribed to treat his/her/their mental disorder

Mr. Batiste has declined all psychiatric medication in the San Francisco jails since August 2022 (>12 months).

He was recently hospitalized at SFGH 7L with 5250 and Riese (involuntary medication order) upheld on 10/27/23 for dangerousness to others; he began taking oral antipsychotic medication only once this involuntary medication order was upheld.

6. It is my professional opinion that the patient is not able to give informed consent to the recommended medication because:

A) The patient ☐ is aware ☑ is not aware of his/her/their mental health disorder *(Explain)*

Mr. Batiste has repeatedly denied having mental illness or needing mental health services.

B) The patient ☐ is able ☑ is not able to understand the risks or benefits of medication or alternative treatment, *(Explain)*

Due to Mr. Batiste's lack of insight into his mental illness and treatment needs, he cannot rationally engage in a discussion at this time regarding the risks and benefits of medication or alternative treatment.

C) The patient ☐ is able ☑ is not able to rationally understand and evaluate information regarding informed consent, and otherwise participate in the treatment decision, *(Explain)*

At this time, Mr. Batiste is not able to participate in treatment decisions because he cannot engage in a rational discussion with his treatment team about his symptoms or the risks, benefits, and alternatives in terms of treatment options.

7. Medication must be administered in order to alleviate the acuteness of the patient's current symptomatology.

*EXHIBIT B-2*    *1 of 2*

| | COURT USE ONLY |
|---|---|
| Department of Disability and Aging Services<br>**Public Conservator Division**<br>1650 Mission St., 5th Floor<br>San Francisco, CA 94103    Telephone. No.:   (415) 355-3680 | **ENDORSED FILED**<br>Superior Court of California<br>County of San Francisco<br>**NOV 0 7 2023**<br>CLERK OF THE COURT<br>BY: **DAMONISHA HORNE**<br>Deputy Clerk |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**<br>CIVIC CENTER COURTHOUSE<br>MENTAL HEALTH DIVISION<br>400 McAllister Street<br>San Francisco, CA 94102 | |
| **LETTERS OF TEMPORARY CONSERVATORSHIP OF THE PERSON**<br>**MURPHY** *(Welf. & Inst. Code §5008 (h)(1)(B))* | |
| In re the Conservatorship of the Person of:<br>**WALLACE BATISTE**<br><br>                                           Conservatee | **COURT NUMBER:**<br>**PMH-23-024870** |

The San Francisco Public Conservator is appointed Temporary Conservator of the Person of the above-named ↋ Temporary Conservatee.  These Letters shall expire upon termination of the Temporary Conservatorship or upon issuance of Letters for a general conservatorship, whichever occurs earlier.

Conservator shall have the additional power to place Conservatee in a psychiatric, nursing, or other state-licensed facility, or a state hospital, county hospital, hospital operated by the Regents of the University of California, a United States government hospital, or other non-medical facility approved by the State Department of Health Care Services or an agency accredited by the State Department of Health Care Services.

The Conservatee ☐ retains/ ☑ does not retain the right to refuse or to consent to treatment, including psychotropic medication specifically related to remedying or preventing the recurrence of Conservatee's grave disability.

The Conservatee retains the right to refuse or to consent to routine medical treatment unrelated to his/her grave disability.

WITNESS, clerk of the court, with seal of the court affixed.

(Seal)

Date:  **NOV 0 7 2023**

Clerk, by:   _____DAMONISHA HORNE_____ , Deputy Clerk

---

## AFFIRMATION

I solemnly affirm that I will perform the duties of Temporary Conservator of the Person of the above-named Conservatee according to law.

_____11/7/2023_____
Date

_____Kazuko Takahashi_____
Print Name

_____
Signature of Public Conservator *(SIGN IN BLUE INK)*
Department of Aging and Adult Services- Public Conservator Division
1650 Mission Street, 5th Floor, San Francisco, CA 94103

RETURN THIS ... *EXHIBIT d-2*

| Department of Disability and Aging Serv  | COURT USE ONLY |
| Public Conservator Division | |
| 1650 Mission St., 5th Floor | |
| San Francisco, CA 94103 | |

Telephone. No.:  (415) 355-3680

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
CIVIC CENTER COURTHOUSE
MENTAL HEALTH DIVISION
400 McAllister Street
San Francisco, CA  94102

## CITATION FOR LPS CONSERVATORSHIP
### MURPHY *(Welf. & Inst. Code §5008 (h)(1)(B))*

In re the Conservatorship of the Person of:

**WALLACE  BATISTE**

Conservatee

**COURT NUMBER:**

**PMH-23-024870**

The People of the State of California, to: <u>WALLACE  BATISTE</u>

1. YOU ARE HEREBY cited and required to appear at a hearing in Superior Court, the courtroom of the Mental Health Division at Civic Center Courthouse, 400 McAllister Street, San Francisco, CA on **12/7/2023** at **9:00 AM**, and to give any legal reason why, according to the verified petition filed with this court, you should not be found to be gravely disabled as a result of mental health disorder, and why the Office of Conservatorship Services should not be appointed conservator of your person.

2. A conservatorship of the person may be created for a person who, as a result of a mental health disorder, is unable to provide for his or her basic personal needs for food, clothing, or shelter.

3. At the hearing a conservator may be appointed for your person.  The appointment may affect or transfer to the conservator your right to contract, to give informed consent for medical treatment, and to fix your place of residence.  You also may be disqualified from voting.  The judge or court investigator will explain to you the nature, purpose, and effect of the proceedings and answer your questions.

4. You have the right to appear at the hearing and oppose the petition.  You have the right to hire an attorney of your choice to represent you.  The court will appoint an attorney to represent you if you are unable to retain one.  You must pay the cost of that attorney if you are able.  You have the right to a jury trial if you wish.

Date: **NOV 0 7 2023**    Clerk, by: _____, Deputy

*(Seal)*

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this proceeding.

   ☐ The patient was unable to be served because s/he was **discharged** to _____.

   ☒ I **personally served copies** of the *Citation* and the *Petition* as follows *(Must complete steps 2 thru 4)*:

2. Person cited and served: <u>WALLACE  BATISTE</u>
   at <u>Zuckerberg San Francisco General, 1001 Potrero Ave. - Unit 7L, San Francisco, CA 94110</u>    on
   (date) <u>11/16/23</u>

3. Person serving:  Name: <u>NATHANIEL MORRIS M.D</u> Telephone No.: (415) <u>575-4325</u>
   Address: <u>Zuckerberg San Francisco General, 1001 Potrero Ave. - Unit 7L, San Francisco, CA 94110</u>

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on (date): <u>11/16/23</u>    at (city) <u>San Francisco</u>, California.

_____
*(Signature of Person Serving)*

| Local Form | **CITATION FOR LPS CONSERVATORSHIP** | Probate Mental Health Code §§5008 |
| SFMH Citation [Rev. 7/2014] | (Mental Health Division) | |

| Department of Disability and Aging Serv | | COURT USE ONLY |
|---|---|---|
| Public Conservator Division | | |
| 1650 Mission St., 5th Floor | Telephone. No.:  (415) 355-3680 | |
| San Francisco, CA 94103 | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
CIVIC CENTER COURTHOUSE
MENTAL HEALTH DIVISION
400 McAllister Street
San Francisco, CA  94102

### CITATION FOR LPS CONSERVATORSHIP
MURPHY *(Welf. & Inst. Code §5008 (h)(1)(B))*

| In re the Conservatorship of the Person of: | COURT NUMBER: |
|---|---|
| **WALLACE BATISTE** | **PMH-23-024870** |
| Conservatee | |

The People of the State of California, to: WALLACE BATISTE

1.  YOU ARE HEREBY cited and required to appear at a hearing in Superior Court, the courtroom of the Mental Health Division at Civic Center Courthouse, 400 McAllister Street, San Francisco, CA on **12/7/2023** at **9:00 AM**, and to give any legal reason why, according to the verified petition filed with this court, you should not be found to be gravely disabled as a result of mental health disorder, and why the Office of Conservatorship Services should not be appointed conservator of your person.

2.  A conservatorship of the person may be created for a person who, as a result of a mental health disorder, is unable to provide for his or her basic personal needs for food, clothing, or shelter.

3.  At the hearing a conservator may be appointed for your person.  The appointment may affect or transfer to the conservator your right to contract, to give informed consent for medical treatment, and to fix your place of residence.  You also may be disqualified from voting.  The judge or court investigator will explain to you the nature, purpose, and effect of the proceedings and answer your questions.

4.  You have the right to appear at the hearing and oppose the petition.  You have the right to hire an attorney of your choice to represent you.  The court will appoint an attorney to represent you if you are unable to retain one.  You must pay the cost of that attorney if you are able.  You have the right to a jury trial if you wish.

Date: **NOV 07 2023**          Clerk, by: _____ , Deputy

### PROOF OF SERVICE

1.  At the time of service I was at least 18 years of age and not a party to this proceeding.

    ☐ The patient was unable to be served because s/he was **discharged** to _____.

    ☒ I **personally served copies** of the *Citation* and the *Petition* as follows *(Must complete steps 2 thru 4)*:

2.  Person cited and served: WALLACE BATISTE

    at Zuckerberg San Francisco General, 1001 Potrero Ave. - Unit 7L, San Francisco, CA 94110          on

    *(date)* 11/16/23

3.  Person serving: Name: _NATHANIEL MORALES N._ Telephone No.: (415) 575-4325

    Address: Zuckerberg San Francisco General, 1001 Potrero Ave. - Unit 7L, San Francisco, CA 94110

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on *(date)*: _11/16/23_ at *(city)* _S. Francisco_ , California.

    _____
    *(Signature of Person Serving)*

*Exhibit d-3 · 1 of 2*

| Department of Disability and Aging Services<br>Public Conservator Division<br>1650 Mission St., 5th Floor<br>San Francisco, CA 94103 | Telephone. No.: (415) 355-3680 | COURT USE ONLY |
|---|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>CIVIC CENTER COURTHOUSE<br>MENTAL HEALTH DIVISION<br>400 McAllister Street<br>San Francisco, CA  94102 | ENDORSED<br>F I L E D<br>Superior Court of California<br>County of San Francisco<br><br>NOV 0 7 2023<br><br>CLERK OF THE COURT<br>BY: DAMONISHA HORNE<br>Deputy Clerk |
|---|---|

| **PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR AND/OR CONSERVATOR OF THE PERSON – MURPHY**<br>*(Welf. & Inst. Code §5350)  (Welf. & Inst. Code §5008 (h)(1)(B))* | |
|---|---|
| In re the Conservatorship of the Person of:<br>**WALLACE  BATISTE**<br><br>Proposed Conservatee | **COURT NUMBER:**<br>**PMH-23-024870**<br>**HEARING DATE: 12/7/2023**<br>**HEARING TIME: 9:00 AM** |

Petitioner, Public Conservator, declares:

That Petitioner is a member of the staff of the agency duly designated to provide conservatorship investigation under provisions of the Welf. & Inst. Code Division 5, Chapter 3; That Petitioner's address is 1650 Mission Street, 5th Floor, San Francisco, CA 94103.

The Proposed Conservatee is presently in the care of <u>Zuckerberg San Francisco General, 1001 Potrero Ave. - Unit 7L, San Francisco, CA 94110</u>.

That Proposed Conservatee is <u>59</u> years of age.

That, as far as is known to the Petitioner, the character and probable value of Proposed Conservatee's property is unknown.

That the marital status of Proposed Conservatee is <u>Single</u>.

That, as far as is known to the Petitioner, the names and addresses of Proposed Conservatee's relatives within the second degree are as follows:

| RELATION | NAME | ADDRESS | C/ST/ZIP | TEL. NO. |
|---|---|---|---|---|
| Sister | Cheryl Randolph | | | 510-303-2311 |
| | | | | |
| | | | | |
| | | | | . |

That as a result of a mental health disorder, the Proposed Conservatee is gravely disabled as defined in Welf. & Inst. Code §§5008(h)(1)(B) and 5350, et seq. and presents a substantial danger of physical harm to others.

That the Proposed Conservatee is gravely disabled pursuant to Welf. & Inst. Code §5350 in that the factors set forth Welf. & Inst. Code §§5008 (h)(1)(B) exist; the indictment or information pending against the Proposed Conservatee at the time of the commitment charges a felony involving death, great bodily harm or serious threat to the physical well-being of another person, and the indictment or information has not been dismissed; as a result of a mental health disorder, the Proposed Conservatee was found incompetent to stand trial pursuant to Penal Code §1370 and remains unable to understand the nature and purpose of the criminal proceedings and to assist counsel in the conduct of his/her defense in a rational manner; and the Proposed Conservatee, as a result of a mental health disorder, represents a substantial danger of physical harm to others.

The Proposed Conservatee was found incompetent to stand trial pursuant to Penal Code §§1370 et seq. for violation of the following felonies: 211 PC/F, 496(a) PC/F, 211 PC/F, 245(a)(4) PC/F, 136.1(a)(1) PC/F, 136.1(a)(2) PC/F, 136.1(b)(1) PC/F, 136.1(b)(2) PC/F, 140(a) PC/F

SUPERIOR COURT
RECEIVED

NOV 0 7 2023

*EXHIBIT-S*

# AFTER VISIT SUMMARY

San Francisco
Department of Public Health

**Wallace Batiste** MRN: 01012171

⊞ Mental health problem  📅 10/26/2023 - 11/17/2023  ♀ ZSFG 7L ACUTE PSYCHIATRIC B5

## Instructions



### Your medications have changed

➡ START taking:
**haloperidol** (HALDOL)

**haloperidol decanoate** (HALDOL DECANOATE)
Start taking on: **December 15, 2023**

**valproic acid** (DEPAKENE)

❌ STOP taking:
**acetaminophen** 500 mg tablet (TYLENOL)

**Anti-Dandruff (coal tar)** 0.5 % shampoo (coal tar)

**Depakote ER** 500 mg 24 hr tablet (divalproex)

**hydrocortisone** 1 % cream

**miconazole** 2 % cream (MICOTIN)

**phenytoin** 300 mg ER capsule (DILANTIN)

**Review your updated medication list below.**

## Your Next Steps



ⓘ **Ask**

☐ Ask how to get these medications
- haloperidol
- haloperidol decanoate
- valproic acid

## Procedure Information

No upcoming procedures

## What's Next

You currently have no upcoming appointments scheduled.

# Medication List

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|:---:|:---:|:---:|:---:|:---:|
| **START** ➡ **haloperidol** 2 mg/mL solution<br>Commonly known as: HALDOL<br>Take 3.8 mL (7.6 mg total) by mouth 2 (two) times a day.<br>Signed by: Nathaniel Morris | ✓ | | | ✓ | |
| **START** ➡ **haloperidol decanoate** 100 mg/mL injection<br>Commonly known as: HALDOL DECANOATE<br>Start taking on: **December 15, 2023**<br>Inject 1.5 mL (150 mg total) into the muscle every 28 (twenty-eight) days. NEXT DUE 12/15/23<br>Signed by: Nathaniel Morris | | | | | |
| **START** ➡ **valproic acid** 250 mg/5 mL syrup<br>Commonly known as: DEPAKENE<br>Take 15 mL (750 mg total) by mouth 2 (two) times a day.<br>Signed by: Nathaniel Morris | ✓ | | | ✓ | |

# Where to pick up your medications



### Ask your doctor where to pick up these medications

- haloperidol 2 mg/mL solution
- haloperidol decanoate 100 mg/mL injection
- valproic acid 250 mg/5 mL syrup

---

# MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.sfdph.org/MyChart/**, click "Sign Up Now", and enter your personal activation code: **S7FF7-TS6QF**. Activation code expires 11/30/2023.

---

*Exhibit-5 / of 2*

# Instructions

**RESOURCES AND SERVICES**

## If You Need Legal Services

**San Francisco Public Defender's Office:** 415-553-1671

**Prisoner Legal Services:** 415-558-2472

## If You Want to Request Library Books

Librarians from the **San Francisco Public Library (SFPL)** regularly visit the San Francisco jails to distribute books and other reading materials

To request specific books, ask for an action request form from custody staff, write LIBRARY at the top of the form, and submit the form with the books or genres that you would like to read

## If You Have General Information Questions

**SFPL Jail and Reentry Services:** SFPL staff will research and respond to Reference by Mail letters that request information on a range of topics, such as pop culture, housing, job readiness tools, current affairs, and reentry resources. Incarcerated people can send up to two letters per month by writing to:

Jail and Reentry Services
San Francisco Public Library
100 Larkin St
San Francisco, CA 94102

## If You Need Assistance with Housing

**SF Homeless Outreach Team (SFHOT):**
628-652-8000 to get connected with shelter and other housing supports

**Eviction Defense Collaborative (EDC):**
415-659-9184 for immediate legal help if you are facing eviction
https://evictiondefense.org/

**SF Emergency Rental Assistance Program (SF ERAP):**
415-653-5744 for one-time financial assistance if you are at high risk of losing your housing because of costs (e.g., past-due rent, move-in costs)
https://sf.gov/renthelp

## If You Need Discharge Medications

If you may be released from custody soon and need medication supplies, please notify Jail Health Services via a staff member or submitting a Medical Care Request (MCR) form, including the community pharmacy you prefer to go to, so we can order discharge medications

If you are released from custody without medications, please go to 1380 Howard St (or your existing health care provider in the community) for help with obtaining a supply of your medications

## If You Want to Get Set Up with Mental Health or Addiction Treatment

| *Mental Health Treatment* | *Substance Use Treatment* |
| **Mental Health Access** | **Treatment Access Program** (TAP)/OBIC |

# Instructions (continued)

1380 Howard St
415-255-3737

1380 Howard St, 1st Floor
415-503-473

You can also call the 24-hour Access Helpline (888-246-333) at any time day or night for a free telephone screening regarding linkage to treatment services

## IF You Need Urgent Medical or Psychiatric Care in the Community

**National Suicide Prevention Lifeline**
Free 24/7 availability, confidential support via phone if you are experiencing distress

**SFGH Psychiatric (PES) and Medical Emergency Departments**
1001 Potrero Avenue
628-206-8000
24/7 availability

**St. Francis Emergency Department**
900 Hyde St.
415-353-6300
24/7 Availability

**Mobile Crisis Team**
415-970-4000
8:30am-11pm Mon-Fri, 12-8pm Sat
Will come to you, must be age 18+

**SF Department of Public Health Urgent Care Clinic**
555 Stevenson Street
830am-4:30pm Mon-Fri (Wed is 1030am-430pm)
628-217-5800

**Westside Crisis Clinic**
245 11th Street (at Folsom)
415-355-0311
9am-3pm Mon-Fri

**DORE Urgent Care Clinic**
52 Dore St (Between 9th and 10th at Folsom)
415-553-3100
24/7 availability

**SF Department of Public Health Street Medicine Team**:
Street-based, low-barrier outreach, engagement, and care for unsheltered people experiencing homelessness, call 415-369-7969 or visit sf.gov/street-medicine

## If You Need Food

**Martin de Porres**
255 Potrero Ave (between 15th and 16th)
Free lunch 12-2pm Mon-Sat
415-552-0240
martindeporres.org/

**Food Not Bombs**
Wed: 630pm at 16th and Mission BART Plaza
415-484-3288
sffnb.org/serving-schedule/

**GLIDE**
330 Ellis St (at Taylor)
Free meals, 7 days per week
415-674-6000
www.glide.org/programs/daily-free-meals/

**CalFresh (Food Stamps)**
San Francisco Human Services Agency
1235 Mission St
415-558-1001
www.sfhsa.org/services/food/calfresh

## Additional Resources in the Community

**National Domestic Violence Hotline**
Free 24/7 availability, confidential support via phone at 1-800-799-7233



## Instructions (continued)

**Alcoholics Anonymous**
San Francisco County – 415-674-1821

**National Alliance on Mental Illness (NAMI)**
San Francisco Office – 415-237-0039 (namisf.org)

**SSI Disability – Social Security Administration**
1098 Valencia St
1-800-772-1213 (www.ssa.gov/sf)

**St. Anthony's Hygiene Hub**
Free access to showers, laundry, and restrooms
150 Golden Gate Avenue
415-241-2600
www.stanthonysf.org/services/hygiene-hub/

**Narcotics Anonymous**
San Francisco County – 415-610-7294

**Tobacco/Smoking Quitline**
1-800-QUIT-NOW (1-800-784-8669)

**Mobile Syringe & Health Sites**
The San Francisco AIDS Foundation offers various harm reduction supplies (e.g., syringe access and disposal, naloxone kits) and treatment options (e.g., low barrier buprenorphine, referrals) at sites across the city Monday through Friday
415-487-3000
www.sfaf.org/locations/mobile-syringe-health-services/