Appellate=Mr.Wallace Batiste '394

I MORELANd DR.

San Bruno cA.94066

RECEIVED

DEC 01 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORN

Federal
(LEGAL MAiL)

District Judge Honor

U.S. DiST

Northern

280 Sout

San Jos

San Francisco P&DC 941
MON NOV 27 2023 PM

Federal
(LEGAL MAIL)

able: P. Casey Pitts

rict Court
District of california

n First Street Room 2112

e, CA. 95113-3095



INSPECTED BY

U.S. MARSHALS SERVICE

NOV 2 9 2023